**Order entered January 8, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00822-CR

**ANTWON CARTER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-81511-2013**

## ORDER

The Court **REINSTATES** the appeal.

On December 5, 2014, we ordered the trial court to make findings regarding why the reporter's record has not been filed. The trial court has filed a supplemental reporter's record detailing its findings. We **ADOPT** the trial court's findings. We order official court reporter Janet L. Dugger to file the reporter's record by **February 10, 2015**.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Janet L. Dugger, official court reporter of the 296th Judicial District Court, and to counsel for the parties.

/s/    LANA MYERS
          JUSTICE